David C. Hilliard *(Pro Hac Vice)*
Jonathan S. Jennings *(Pro Hac Vice)*
Phillip Barengolts *(Pro Hac Vice)*
PATTISHALL, MCAULIFFE, NEWBURY
   HILLIARD & GERALDSON LLP
311 S. Wacker Drive, Suite 5000
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

Andrew F. Kim (No. 156533)
William A. Finkelstein (No. 213382)
DREIER STEIN KAHAN BROWNE WOODS
GEORGE LLP
The Water Garden, 1620 26th Street
Sixth Floor, North Tower
Santa Monica, California 90404
Telephone: (424) 202-6052
Facsimile: (424) 202-6252
Email:  akim@dskllp.com; wfinkelstein@dskllp.com

Attorneys for Plaintiff
PepsiCo, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEPSICO, INC., a North Carolina corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>J. K. DISTRIBUTORS, INC., a California corporation,<br><br>  Defendant. | CASE NO. **8:07-cv-00657-FMC-CTx**<br><br>Hon. Judge Florence-Marie Cooper<br><br>FINAL JUDGMENT |

Plaintiff, PepsiCo, Inc. ("Plaintiff" or "PepsiCo"), and Defendant J. K. Distributors, Inc. ("Defendant" or "J. K. Distributors"), hereby stipulate to entry of final judgment as follows:

1. This Court has subject matter jurisdiction by virtue of the fact that:

    A. this is an action arising under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051, et seq. (the Lanham Act), jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a) and (b);

    B. this is a civil action between citizens of different states in which the value of the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, jurisdiction being conferred in accordance with 28 U.S.C. § 1332; and

    C. jurisdiction for the California state statutory claims is conferred in accordance with the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

2. This Court has personal jurisdiction over Defendant J. K. Distributors.

3. This Court has personal jurisdiction over Joseph Khoury, a resident of California and the president of J. K. Distributors. Joseph Khoury has directed and controlled the operations of J. K. Distributors including those relating to this dispute with PepsiCo.

4. Venue is proper in this Court under 28 U.S.C. 1391(a) or (b) in that Defendant resides in this district and a substantial part of the events or omissions giving rise to the claims occurred in this district.

5. PepsiCo is the owner, inter alia, of the following federal trademark registrations issued by the United States Patent and Trademark Office for marks used in connection with its PEPSI soft drinks ("PEPSI marks"):

| MARK | REG. NO. | REG. DATE | GOODS |
|---|---|---|---|
| PEPSI | 824,150 | Feb. 14, 1967 | Soft drinks and syrups and concentrates for the preparation thereof |

| MARK | REG. NO. | REG. DATE | GOODS |
|---|---|---|---|
| PEPSI-COLA | 824,151 | Feb. 14, 1967 | Soft drinks and syrups and concentrates for the preparation thereof |
| Design mark | 824,153 | Feb. 14, 1967 | Soft drinks |
| Design mark | 1,746,553 | Jan. 12, 1993 | Soft drinks |
| PEPSI and Design | 2,100,417 | Sept. 23, 1997 | Soft drinks |
| PEPSI and Design | 2,104,304 | Oct. 7, 1997 | Soft drinks |
| PEPSI and Design | 2,817,604 | Feb. 24, 2004 | Soft drinks, and syrups and concentrates for making the same |

Said registrations, except Registration Nos. 824,153 and 2,817,604, are valid, subsisting, incontestable and constitute conclusive evidence of PepsiCo's exclusive right to use the PEPSI marks for the goods specified in the registrations, pursuant to 15 U.S.C. §§ 1065 and 1115(b). Registration Nos. 824,153 and 2,817,604 are valid, subsisting, and constitute prima facie evidence of PepsiCo's exclusive right to use the marks identified in the registrations for the goods and services covered by these registrations throughout the United States, pursuant to 15 U.S.C. § 1057(b).

  6. Without PepsiCo's consent, Defendant has sold in the United States soft drinks manufactured in Mexico bearing the PEPSI marks owned and registered in the United States by PepsiCo ("Mexican PEPSI").

  7. Defendant also has sold in the United States PepsiCo's MIRINDA soft drinks that are bottled in Mexico and meant for sale in Mexico ("Mexican MIRINDA"). PepsiCo owns a valid and subsisting registration (Reg. No. 811,787)

in the United States Patent and Trademark Office of its MIRINDA mark for "soft drinks and syrups and concentrates for the preparation of such soft drinks," which has become incontestable in accordance with 15 U.S.C. §§ 1065 and 1115(b).

8. Defendant also has sold in the United States PepsiCo's MANZANITA SOL soft drinks that are bottled in Mexico and meant for sale in Mexico ("Mexican MANZANITA SOL"). PepsiCo, through its wholly owned subsidiary The Concentrate Manufacturing Company Of Ireland, Trading As Seven-Up International Corporation, owns valid and subsisting registrations (Reg. Nos. 3,156,112 and 3,167,654) in the United States Patent and Trademark Office of its MANZANITA SOL mark for "soft drinks, and syrups and concentrates for making the same." Mexican PEPSI, Mexican MIRINDA and Mexican MANZANITA SOL are collectively referred to herein as the "Mexican product."

9. Defendant's sale of the Mexican product in the United States without PepsiCo's consent constitutes:

    A. trademark infringement in violation of section 32 of the Lanham Act, 15 U.S.C. § 1114;

    B. unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a);

    C. dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. 1125(c);

    D. unfair competition in violation of Cal. Bus. & Prof. Code § 17200 et seq.;

    E. dilution in violation of Cal. Bus. & Prof. Code § 14330; and

    F. unfair competition in violation of the common law of the State of California.

10. Joseph Khoury, 7491 Anaconda Avenue, Garden Grove, California 92841, shall be an agent of Defendant authorized to receive any subpoena to obtain deposition or trial testimony regarding Defendant's knowledge of the importation

into, and sale and distribution in the United States of the Mexican product by third parties. Defendant shall immediately inform PepsiCo, care of Jonathan S. Jennings, 311 S. Wacker Drive, Suite 5000, Chicago, Illinois 60606, if this address for service changes and of any new address for such service.

11. Defendant, its officers, including its president, Joseph Khoury, its agents, servants, employees, successors and assigns, and all others in active concert or participation with them, are permanently enjoined and restrained from the importation into, and the dealing, marketing, sale or distribution in the United States of soft drinks manufactured or bottled in Mexico, or any other foreign country, bearing any of PepsiCo's trademarks, including: (a) PEPSI; (b) PEPSI-COLA; (c) a distinctive red, white and blue logo; (d) combinations of variations on this logo with PEPSI and PEPSI-COLA; (e) MIRINDA; and (6) MANZANITA SOL.

12. This Court shall retain jurisdiction over this action for purposes of construing and ensuring compliance with this Final Judgment.

SO ORDERED AND ADJUDGED:
Dated this 30th day of April, 2008

*[signature: Florence-Marie Cooper]*

United States District Judge

| | |
|---|---|
| CONSENTED AND AGREED TO: | On Behalf of PEPSICO, INC. |
| J.K. DISTRIBUTORS, INC. | |

By:_____

Name:_____

Title:_____

Date:_____

By:_____
         Andrew F. Kim
David C. Hilliard *(Pro Hac Vice)*
Jonathan S. Jennings *(Pro Hac Vice)*
Phillip Barengolts *(Pro Hac Vice)*
PATTISHALL, McAULIFFE,
NEWBURY, HILLIARD &
GERALDSON LLP
311 S. Wacker Drive, Suite 5000
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

Andrew F. Kim (No. 156533)
William A. Finkelstein (No. 213382)
DREIER STEIN KAHAN BROWNE
WOODS GEORGE LLP
The Water Garden, 1620 26th Street
Sixth Floor, North Tower
Santa Monica, California 90404
Telephone: (424) 202-6052
Facsimile: (424) 202-6252
Email: akim@dskllp.com;
   wfinkelstein@dskllp.com